# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO NUNEZ, JR., | : | Civil No. 1:23-CV-01171 |
| Plaintiff, | : | |
| v. | : | |
| DR. LAUREL R. HARRY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of October, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's petition for interlocutory review, Doc. 63, is **DENIED**.

2. Plaintiff's motion for reconsideration, Doc. 64, is **DENIED**.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania