**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FERNANDO NUNEZ, JR., | : | Civil No. 3:23-CV-01171 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DR. LAUREL R. HARRY, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW,** on this 24th day of September 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to file a reply brief, Doc. 86, is **GRANTED**.

2. The Clerk of the Court is directed to file the proposed reply brief, Doc. 86-3, as a separate document in CM/ECF.

3. Plaintiff's motion to compel, Doc. 76, is **DENIED**.

4. Plaintiff's motion to compel, Doc. 83, is **DENIED**.

5. Defendants Harry and Wenerowicz will produce responses to Plaintiff's interrogatories, Docs. 83-2, 83-3, by **October 26, 2026**. If Plaintiff finds Defendants' responses insufficient, he may file a motion to compel within fourteen days of receiving the interrogatories accompanied by a motion to extend the dispositive briefing deadline.

6. The stay entered in the court's March 30, 2026 order, Doc. 79, is **LIFTED**.

7. Dispositive motions, supporting briefs, and statement of fact, shall be filed by **December 31, 2026**. Briefing on dispositive motions shall comply with local rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania